USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-25-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOANNA REESE on behalf of a minor O.R.,      :        19 Civ. 1547 (JMF) (RWL)

                Plaintiff,      :        **ORDER**

        - against -      :

COMMISSIONER OF SOCIAL SECURITY,      :

                Defendant.      :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 24, 2020, Defendant Commissioner filed a motion to reverse and remand for further administrative proceedings the Commissioner's decision denying Plaintiff's claim for Social Security Disability benefits. In situations such as this, the parties may, and often do, agree by stipulation for the matter to be reversed and remanded without need for further briefing. Accordingly, by March 2, 2020, (1) Defendant shall notify the Court whether Defendant has sought and obtained Plaintiff's agreement with the proposed relief; (2) if so, whether the parties will file a stipulation to that effect; and (3) if not, why not.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated: February 25, 2020
       New York, New York

Copies transmitted to all counsel of record and mailed to:

    Joanna Reese
    4416 Matilda Avenue, Apt. 2
    Bronx, NY 10470